UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hernan C.,                                          File No. 26-cv-2452 (ECT/DJF)

        Petitioner,

v.                                                              **ORDER**

Todd Blanche, *Acting Attorney General*;
Markway Mullin, *Secretary, U.S.
Department of Homeland Security*;
Department of Homeland Security; Todd M.
Lyons, *Acting Director of Immigration and
Customs Enforcement*; Immigration and
Customs Enforcement; Daren K. Margolin,
*Acting Director for Executive Office for
Immigration Review*; Executive Office for
Immigration Review; David Easterwood,
*Acting Field Director, St. Paul Field Office
Immigration and Customs Enforcement*; Joel
Brott, *Sherburne County Jail Administrator*,

        Respondents.

Pursuant to the parties' Stipulation for Order for Release and Dismissal, **IT IS**

**HEREBY ORDERED THAT**:

1.      Respondents must release Petitioner from custody immediately.  Petitioner's

release in Minnesota must occur no later than 24 hours after filing of this Order.

2.      Respondents may condition Petitioner's release upon Petitioner's referral to

the Intensive Supervision Appearance Program (ISAP).

3.      Respondents must return all property and documents to Petitioner, and the parties are directed to communicate and cooperate regarding the return of Petitioner's property.

4.      This case is dismissed, without prejudice and without an award of costs or fees to either side.

Dated:  May 19, 2026 at 5:40 p.m.              s/ Eric C. Tostrud
                                               Eric C. Tostrud
                                               United States District Court